12585

OTHELLO SCHOOL DISTRICT NO. 27 OF FLORENCE COUNTY *ET AL.* RESPONDENTS, v. COWARDS SCHOOL DISTRICT NO. 39 OF FLORENCE COUNTY *ET AL.*, APPELLANTS

(146 S. E., 926)

*Messrs. Mendel L. Smith,* and *P. H. McEachin,* for appellants.

*Messrs. P. H. Arrowsmith,* and *D. Gordon Baker,* for respondents.

February 8, 1929.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

For the reasons stated in the order of his Honor, Judge Shipp, it is the judgment of this Court that the same be affirmed and the supersedeas revoked.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES BLEASE, STABLER and CARTER concur.